# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Aron Joel Sanchez,<br>Sergio Herrera Jaramillo,<br>Sebastian Reveles,<br><br>*Defendant(s)* | Case No. 1:23-mj-288<br>Assign to: Magistrate Judge Zia M. Faruqui<br>Date: 11/1/2023<br>Description: COMPLAINT WITH ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                                          *Offense Description*

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 11/01/2023

                                                                                         *Judge's signature*

City and state:   Washington, D.C.                    Zia M. Faruqui, U.S. Magistrate Judge
                                                                                    *Printed name and title*